Illinois Interior Finish Company, appellee, v. Daniel M. O'Neil and Harold J. Ham, trading as D. M. O'Neil & Company, defendants, on appeal of Daniel M. O'Neil, appellant. Gen. No. 32,292.

Opinion filed April 3, 1928.

William R. Wiley, for appellant. Claude J. Dalenberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Illinois State Lumber Company, appellee, v. Daniel M. O'Neil and Harold J. Ham, trading as D. M. O'Neil '& Company, defendants, on appeal of Daniel M. O'Neil, appellant. Gen No. 32,293.

Opinion filed April 3, 1928.

William R. Wiley, for appellant. Claude J. Dalenberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Louis Belegrate, plaintiff in error, v. Luminus Sign Company and Nathan Herzog, defendants in error. Gen. No. 32,037.

Opinion filed April 3, 1928.

B. M. Shaffner, for plaintiff in error. Ogren & Cross, for Luminus Sign Co., defendant in error; Stephen A. Cross, of counsel. Oscar F. Nelson and Joseph A. Ricker, for Nathan Herzog, defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

G. W. Brainard, trustee in bankruptcy of the Globe Auto Supply Corporation, appellee, v. Morris Froehlich and Louis Mansbach, appellants. Gen. No. 32,053.

Opinion filed April 3, 1928.

Rufus F. Robinson and Ernest C. Reniff, for appellants. Haffenberg, Kopald & Burns, for appellee.

Mr. Justice Gridley delivered the opinion of the court.